IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRUCE WAYNE HENION,<br>Plaintiff,<br><br>v.<br><br>MARION COUNTY CODE ENFORCEMENT et al,<br><br>Defendant, | 6:16-cv-01918-AA<br><br>SETTLEMENT CONFERENCE SCHEDULING ORDER |

Settlement Conference is set for Thursday, 9/26/2019, at 10:00AM in Eugene Chambers (5th Floor) before Magistrate Judge Mustafa T. Kasubhai. **Presence of all parties with settlement authority is required.** This includes anyone who will have input on the decision of whether or not to settle the case, such as a spouse, parent, or any other adviser who may be relied on for advice. All settlement conferences invariably involve a negotiating process, the sifting of facts, the analysis of legal issues, and the candid evaluation of the strengths and weaknesses of a party's case, along with a realistic appraisal of the anticipated gains from further litigation balanced against the risks associated with that litigation.

Parties are ordered to submit a Settlement Document to the Court by 12:00PM on 9/19/2019, in which they make realistic proposals of what they are willing to offer or accept to resolve this case. PLEASE SEE ATTACHED INSTRUCTIONS REGARDING THE SETTLEMENT DOCUMENT.

**Any party who, without prior Court approval, fails to have all persons with settlement authority present may be subject to sanctions. Such sanctions may include costs and attorney fees of the other parties attending the Settlement Conference.**

Dated this 3rd day of July 2019.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI
United States Magistrate Judge

**PREPARATION FOR SETTLEMENT CONFERENCE**

All communications made in connection with the Settlement Conference are confidential and will not be disclosed to anyone. Any documents requested and submitted for the Settlement Conference will be maintained in Chambers.

In preparation for the Settlement Conference, the attorneys for each party should submit the following:

1. A brief analysis of key issues involved in the litigation.

2. A description of the strongest and weakest points in your case, both legal and factual.

3. A description of the strongest and weakest points in your opponent's case, both legal and factual.

4. The status of any settlement negotiations, including the last settlement proposal made by you and to you.

5. The settlement proposal you believe would be fair (including a specific amount).

6. The settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation (including a specific amount).

7. The method in which this case became scheduled for the Settlement Conference, i.e., ordered by a judge, requested by the parties, etc.

These documents should be submitted to Chambers by 12:00PM noon on 9/19/2019.

**The settlement submission must be e-mailed to:**

**MKpropdoc@ord.uscourts.gov**

Thank you for your cooperation in this matter.

Hon. Mustafa T. Kasubhai
U.S. Magistrate Judge
405 East Eighth Avenue
Eugene, Oregon 97401