MELISSA D. WISCHERATH, OSB #130194
Law Office of M.D. Wischerath
Melissa@mdwlaw.net
PO Box 12263
Eugene, OR 97440
Telephone: (646)765-0035
Attorney for Plaintiff

JANE E. VETTO, OSB #914564
Marion County Legal Counsel
jvetto@co.marion.or.us
JOE MILLER OSB #160851
Assistant Legal Counsel
jcmiller@co.marion.or.us
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE WAYNE HENION,

Plaintiff,

v.

MARION COUNTY and LAURA PEKAREK, in her official capacity as Code Enforcement Officer of Marion County Sheriff's Office,

Defendants.

Case No. 6:16-cv-01918-AA

**JOINT STATUS REPORT TO COURT**

On November 20, 2019, the Court, during a settlement conference scheduled in the above captioned matter, directed the parties to submit a joint status report updating the Court on the progress of finalizing the settlement terms reached in this case within 30 days.

Plaintiff has clarified that it is his desire for Marion County to make good efforts to clarify how applicants for land-use, zoning, and building permit determinations can make a request for an accommodation under the ADA as part of the respective application for the type of determination being sought.

Defendants are scheduling a time for the Marion County Board of Commissioners to review the proposed revisions to the Marion County Code, which have been agreed upon by the parties.

Defendants drafted and provided Plaintiff's counsel with a proposed Settlement Agreement and Release of Claims on December 19th, 2019. Once, Defendants have received a signed Settlement and Release of Claims they will seek approval of the proposed revision to the Marion County Code by the Marion County Board of Commissioners and issue the agreed upon settlement payment amount.

DATED this 20th day of December, 2019.

s/ Melissa D. Wischerath
Melissa D. Wischerath,
OSB #130194
Assistant Legal Counsel
Attorney for Plaintiff

Joe Miller, OSB #160851
Assistant Legal Counsel
Of Attorneys for Defendants